IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Thomas Spina, :
:
    Plaintiff, :
: No. _____
    v. :
:
Refrigeration, Service and Engineering, Inc.,:
Robert E. Hepp III, Cynthia A. Fitzgerald- :
Hepp and Kenneth C. Philo, II, :
:
    Defendants :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441(a) and 1446, Defendants hereby file this Notice of Removal of the above captioned action from the Court of Common Pleas for Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. In support thereof, Defendants aver as follows:

1. This action was commenced on May 29, 2014, by the filing of a Writ of Summons in the Court of Common Pleas for Montgomery County, Pennsylvania, in the matter of *Thomas Spina v. Refrigeration Service and Engineering, Robert E. Hepp, III, Cynthia Fitzgerald-Hepp and Kenneth C. Philo, II.*, No. 2014-12128.

2. The Complaint was filed on June 20, 2014.

3. The Complaint alleges violations of the Federal securities laws, 78 U.S.C. §§78j and 78t(a).

4. This Court has original jurisdiction over the Federal securities laws claims.

5. This action is removable to the District Court of the United States pursuant to 28 U.S.C. §§1331, 1441(a) and 1446.

6.      Copies of the current docket, all process and pleadings that have been received by Defendants, and the names and addresses of the Parties and their counsel are attached hereto as Exhibit "A".

7.      This Notice is timely filed, it being filed within thirty (30) days of Defendants' receipt of a copy of the Complaint.

WHEREFORE, Notice of Removal is given that this action is removed from the Court of Common Pleas for Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated: July14, 2014

JACOBS LAW GROUP, PC

_____
Neal A Jacobs, Esq.  I.D. #41918
Richard E. Miller, Esq. I.D. #46451
2005 Market Street, Suite 1120
Philadelphia, Pa. 19103
Phone: (215) 569-9701
Attorneys for Refrigeration, Service and Engineering, Inc.

Obermayer Rebmann Maxwell & Hippel LLP

_____
Gary M. Samms, Esq. I.D. #58096
One Penn Center, 19th Floor
1617 JFK Blvd.
Philadelphia, PA 19103
Phone: (215) 665-3000
Attorneys for Robert E. Hepp, III and Cynthia Fitzgerald-Hepp

_____
Michael D. LiPuma, Esq. I.D. #74790
325 Chestnut Street
Suite 1109
Philadelphia, PA 19106
Phone: (215) 922-2126
Attorney for Kenneth C. Philo, II