# EXHIBIT F

      keyword 



 Company

 Markets

 Services

 Projects

 Blog

 Media

 China

 Stellar Energy

## PRESS RELEASES NEWS

## Stellar Acquires Pennsylvania Refrigeration Services Company, Expanding Northeast Presence

With the addition of IRSE, Stellar now operates 11 support locations throughout the United States with more than 100 highly trained technicians.

JACKSONVILLE, Fla. (June 16, 2014) – Stellar, a fully integrated firm focused on design, engineering, construction and mechanical services worldwide, has acquired Industrial Refrigeration Services and Engineering (IRSE), a 25-person refrigeration services firm in Pottstown, Pennsylvania.

Founded in 1999, IRSE provides a full range of industrial refrigeration services, including design, construction, engineering, maintenance and Process Safety Management (PSM) compliance. The company serves customers in Pennsylvania, Delaware, New Jersey and Maryland.

"This is an important step in our strategic growth strategy," said Mike Santarone, President & Chief Operating Officer. "As we continue to offer a broader range of services to a growing client base, it's important to expand our presence in key areas like the Northeast."

Santarone continued, "IRSE has built a strong reputation for excellent customer service and high-quality work. They will fit in well with the Stellar culture."

With the addition of IRSE, Stellar now operates 11 support locations throughout the United States with more than 100 highly trained technicians. Standing inventories of parts are available for piping, valves, pumps, vessels, compressors, condensers, evaporators, coils, refrigerants and related parts and supplies. Factory-trained, hazmat-certified technicians provide troubleshooting and 24/7 emergency service as well preventive maintenance programs.

"Stellar is internationally known for its refrigeration expertise and capabilities," said Robert (Bob) Hepp, IRSE's President. "We're honored to be joining such an established industry leader, while continuing to deliver the personalized customer service and fast response times our clients are accustomed to."

### About Stellar

Stellar is a fully integrated firm that provides the industry's most comprehensive range of self-performed services, including planning, design, pre-construction, construction, refrigeration, mechanical and utility, building envelope, and operations and maintenance services. More than 600 Stellar employees worldwide create award-winning food processing plants,

## MEDIA FACT SHEET

Corporate

Commercial

Distribution & Logistics

Food & Beverage

Refrigeration Services

Thermal Construction Services

## WHITE PAPERS

Process Safety Management

Best Practices in Distribution and Cold Storage Facilities

Innovations in Industrial Refrigeration

2014 Trends and Predictions

Strategic Planning

Building Envelope Series

Food Plant Emergency Response

Food Processing Plant Design

Mechanical Engineering

Food Processing in China

Food Processing Design-Build

Food Safety

Food Process Engineering

Advanced Refrigeration Controls

Increase Production Efficiency

The Sky's The Limit

Under Pressure

refrigerated warehouses, distribution centers, commercial buildings and military facilities. In addition to its Jacksonville, Florida, headquarters and its Western Region office in Modesto, California, Stellar operates 11 support locations throughout the United States and has offices in the Middle East and North Africa (MENA) region, China and Puerto Rico. The company also serves Central and South America, Europe and India. For more information, visit www.stellar.net.

**STELLAR NEWS**  Stellar Launches New Version of Digital PSM Software READ MORE



Stellar : License AAC002049, CGC052029 Legal



**NOTES**

Increasing Production Efficiency: Back to Basics: The...
June 1, 2011

The Sky's the Limit: High-rise warehousing is a valua...
June 1, 2011

Under Pressure: The importance of safety for ammon...
June 1, 2011

Like · Comment · Share

Michelle Calcote King, Gary Butcher, Liz Blanton Miller and 5 others like this.

 **Stellar**
June 16 · Edited

We are excited to welcome IRSE to our growing team. With the addition of IRSE in Pottstown, PA, Stellar now operates 11 support locations throughout the US with over 100 highly trained technicians. For more information about Stellar acquiring IRSE read the full press release here.
http://www.stellar.net/press-releases-news/year/2014/stellar-acquires-pennsylvania-refrigeration-services-company,-expanding-northeast-presence.aspx



- Global Headquarters
- West Coast Headquarters
- Process Engineering Office
- Offices
- Compressor Service Locations
- Refrigeration Parts & Service Support



