# EXHIBIT G

**From:** Susan Maxwell [mailto:smaxwell@irsenh3.com]
**Sent:** Monday, June 30, 2014 10:49 AM
**To:** accounts.payable@sweetstreet.com; accountspayable@alliedsteaks.com; ajohn@neatsfootoil.com; nastasi@anastasiSeafood.com; andrea kint; ap@cloverfarms.com; APinvoices@cheltenhouse.com; apinvoices@juliussilvert.com; appetito@verizon.net; aprovisionsc@optimum.net; atreat@ptd.net; beefusa@yahoo.com; beres218@aol.com; bernardloke@verizon.net; Bernie.horton@lonza.com; bf@perleyhalladay.com; BHorwath@abarta.com; Bill.E.Witman@Supervalu.com; bobgoodwin@procaccibrothers.com; BRitz@abarta.com; carag@safepac.biz; carolyn@ambrogifoods.com; ccooper2@us.protenergyfoods.com; chichar@taylorfarms.com; ckennedy@axionpower.com; cmahoney@kunzler.com; Darlene Hernandez; Nase, Dave; David T; dbauer@ocslog.com; dennis.rapp@turkeyhill.com; dlentz@thermaltechnology.com; DLOFTUS@ABARTA.COM; dsumner@procaccibrothers.com; dvanderpool@salisb.com; dvragovich@colemannatural.com; e.gaupp@att.net; Earl_Beach@Dean-Foods.com; ECleghorn@quakervalleyfoods.com; ectropicals@hotmail.com; eeiley@senecafoods.com; erin@lancasterfarmfresh.com; eugeniagruber@johnfmartinmeats.com; FMerry@accupac.com; FRYAN@KTRCAPITAL.COM; gbahamonde@missionpro.com; george.puff@hanoverfoods.com; ggross@nefoods.com; Goldberg, Rick; Good, Roger; guyg@safepac.biz; Smith, Harold; hstaub@conewago.com; invoices@cnpremium.net; Jack@breamorchards.com; Jason.Sellers@dupont.com; jcotto@chiquita.com; JLoeb@joejurgielewicz.com; Joe Haun; joemoser@countryfreshinc.com; johnb@luccacoldstorage.com; josh.fisher@bbpoultry.com; jsage@puratos.com; June, Jon; jwagaman@mhwgroup.com; kara.harvey@aldi.us.com; Kathleen@philawaterice.com; kgrassick@bakerydefrance.com; kmoening@chiquita.com; kreiderfoods@dejazzd.com; Leonettihomemade@aol.com; leslie@bearmountaininc.net; LHastings@colemannatural.com; lhawk@twin-o.com; Lorrie.Abernathy@dupont.com; lschaeffer@davisbeverage.com; MFisherbb@comcast.net; mguidera.bb@comcast.net; mguido@HomeCityIce.com; molly@sunnydell.com; msaggiomo@ambrogifoods.com; nshipon@midlanticfoods.com; Nayan_Patel@eccepanis.com; nevinnolt@johnfmartinmeats.com; PACKERAVE@aol.com; philadelphia_poultry@verizon.net; plantmanager@arnolds-sausage.com; pmarciano@abwds.com; PMilkovits@abarta.com; ppatton@bakerydefrance.com; rbeltz@axionpower.com; rbrown@neatsfootoil.com; rduca@puratos.com; Rhonda Adam; rob@philawaterice.com; rose.prp@verizon.net; rtchimou@bakerydefrance.com; salvasw@saladbartenders.com; sandy.exceptional@hotmail.com; Sbleh@homecityice.com; scanctr1@lonza.com; sglaser@deiorios.com; skendall@firstchoicefreezer.com; spencer.r.davis@usa.dupont.com; ssouder@atlascold.com; susan_consalvi@perleyhalladay.com; tbeamesderfer@kunzler.com; timothy.etzkorn@dupont.com; tkiefer@tribecaoven.com; vanb@amuneal.com; wboone@joejurgielewicz.com; Wells, Carrie; william.e.taylor@dupont.com; Williams, Pat
**Subject:** Industrial RSE transition to Stellar Letter


Good Morning,


It is my pleasure to send the attached letter. Industrial RSE is transitioning to Stellar Refrigeration effective July 14th. Please review and feel free to call with any questions or concerns.


We look forward to our ongoing relationship.

Sincerely,

Susan Maxwell

Industrial RSE

75 Industrial Parkway

Pottstown, PA  19464

(610)495-1972 phone

(610)495-1973 fax

Email:  smaxwell@irsenh3.com

www.irsenh3.com

# Industrial Refrigeration Service and Engineering

75 Industrial Parkway, Suite B
Pottstown, PA 19464
Telephone (610) 495-1972 Fax (610) 495-1973

---

June 30, 2014

**To Our Valued Customers,**

As some of you may have heard RSE Inc. (dba Industrial Refrigeration Service & Engineering) will be beginning wind down procedures on July 14th and transition to Stellar Refrigeration Services.

I would personally like to thank all of our Customers who have utilized RSE/IRSE to provide refrigeration services over the past 15 years and assure all of you that you will continue to be provided with an even higher level of refrigeration service under the Stellar Refrigeration name.

The reason for merging into the Stellar Refrigeration structure is in a larger part to the RSE/IRSE success. Over the past 15 years we have grown from a small contractor of half million dollars in sales to a point where we exceeded $8,000,000.00 last year. This came through a continual focus on customer service which allowed RSE to begin a sister company (IRE) to serve the Philadelphia Region in 2004, the acquisition of the FES Construction Group in 2005 to enhance large scale production, integrating IRE and RSE into one more efficient company in 2011 and finally the merge with Stellar Refrigeration.

The challenges that face all companies today such as employee benefits, corporate insurances & hiring qualified personnel are all items that merging with Stellar Refrigeration resolve.

The overall product offering from Stellar is vast and truly represents a "One Stop" point for every refrigeration need (please visit www.Stellar.net). The level of backup that Stellar provides both as an organization and from a liability insurance point of view will allow all customers to be more comfortable with the merge of the two companies. Finally, the increase in availability of highly qualified personnel in this area will only enhance the customer service that has always been the focus of RSE/IRSE.

We will continue to honor our existing service contracts while I begin to schedule visits to each customer to begin the contract review and transition. All existing construction projects will be completed and warranties honored under RSE/IRSE.

I am very excited as we enter this venture and want to assure that there is only one goal moving forward and that is to provide the highest level of customer service available in the refrigeration industry.

Please feel free to contact me at any time and with any questions you may have at my office number (610) 495-1972 or cell number (610) 960-0221.

Sincerely,

Robert Hepp – PE
General Manager, Stellar Northeast Division