# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SPINA, in his individual capacity and derivatively, | : : : |
| Plaintiff, | : CIVIL ACTION : |
| vs. | : NO. 2:14-cv-04230-RK : |
| REFRIGERATION SERVICE AND ENGINEERING, INC.; ROBERT E. HEPP III; CYNTHIA A. FITZGERALD-HEPP, and KENNETH C. PHILO II, | : : : : |
| Defendants. | : |

**O R D E R**

AND NOW, upon consideration of Plaintiff's Motion for Judicial Supervision of Dissolution, or, in the Alternative, for Appointment of a Receiver or Custodian, it is hereby Ordered that said Motion is granted. The dissolution and liquidation of Defendant Refrigeration Service and Engineering, Inc. ("RSE") shall proceed as follows:

1. _____, will act as liquidator of the company.

2. All actions and decisions of the liquidator will be subject to prior approval of the Court.

3. The liquidator will report to all parties biweekly concerning all proposed sales or transfers of assets of RSE, and any other action proposed to be

taken by the liquidator. Any party objecting to any such proposed action will so advise the liquidator within two business days of its receipt of the liquidator's report. If the parties are unable to resolve such objections within an additional three business days, any objecting party shall file an objection with the Court within an additional three business days.

      4.      The Court will resolve the objections and enter an appropriate order.

      5.      In all other respects, the liquidation of Defendant RSE will proceed as a voluntary liquidation in accordance with 15 Pa.C.S. §§ 1971-1975.

      AND IT IS SO ORDERED.

BY THE COURT:

_____
Robert F. Kelly, J.