IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS SPINA,   in his individual capacity and derivatively,<br><br>                    Plaintiff,<br><br>           vs.<br><br>REFRIGERATION SERVICE AND ENGINEERING, INC., et al.<br><br>                    Defendants. | CIVIL ACTION<br><br>NO. 2:14-cv-04230-RK<br><br>Electronically filed<br><br>Assigned to:<br>The Hon. Robert F. Kelly |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Plaintiff's Motion for Judicial Supervision of Dissolution, or, in the Alternative, Appointment of a Receiver or Custodian and accompanying Memorandum of Law in support thereof were served via the Court's ECF system upon the following:

Gary M. Samms, Esq.
Obermayer Rebmann Maxwell & Hippell LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
E-mail: gary.samms@obermayer.com

Michael D. LiPuma, Esq.
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
E-mail:  mlipuma@lipumalaw.com

Neal A. Jacobs, Esq.
Richard E. Miller, Esq.
Jacobs Law Group P.C.
2005 Market Street, Suite 1120
Philadelphia, PA 19103
E-mail:  njacobs@jacobslawpc.com
              rmiller@jacobslawpc.com

LAW OFFICES OF HENRY IAN PASS

By: */s/ Henry I. Pass*
    Henry I. Pass, PA Atty. I.D. #21437
    Richard G. Tuttle, PA Atty. I.D. #28685
    3 Bala Plaza East, Suite 700A
    Bala Cynwyd, PA  19004
    (610) 660-8001 / (610) 660-8004 (fax)
    E-mail:  hip@hipesq.com
                 rtuttle@hipesq.com

Dated:  July 18, 2014         *Attorneys for Plaintiff Thomas Spina*