# EXHIBIT C

## Henry Pass Esq

| | |
|---|---|
| **From:** | RMiller <RMiller@jacobslawpc.com> |
| **Sent:** | Tuesday, June 24, 2014 2:48 PM |
| **To:** | Henry Pass Esq |
| **Subject:** | RE: RSE / Spina |
| **Attachments:** | Pass 6 20 14A.pdf; _Certification_.htm |

Henry,

In response to your letter of today's date, please see my prior correspondence of June 20th, a copy of which is attached. In addition, the corporate representative is unavailable on the 25th. So that there is no misunderstanding, no corporate records will be made available for inspection on June 25, 2014 at RSE's offices located at 75 Industrial Parkway, Pottstown, PA.


Richard E. Miller
The Jacobs Law Group, PC
2005 Market Street, Suite 1120
One Commerce Square
Philadelphia, PA 19103
Phone:  215-569-9701  x128
Fax:      215-569-9788
**www.jacobslawpc.com**
**rmiller@jacobslawpc.com**


**From:** Henry Pass Esq [mailto:hip@hipesq.com]
**Sent:** Tuesday, June 24, 2014 1:52 PM
**To:** NJacobs; RMiller
**Cc:** Thomas Spina
**Subject:** RSE / Spina
**Importance:** High

Please see the attached correspondence.

_____

Henry I. Pass
Law Offices of Henry Ian Pass
3 Bala Plaza East, Suite 700A
Bala Cynwyd, PA 19004
(610) 660-8001
(610) 660-8004 (Fax)
E-mail: hip@hipesq.com

1