IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| THOMAS SPINA, in his individual capacity and derivatively,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REFRIGERATION SERVICE AND ENGINEERING, INC.; ROBERT E. HEPP III; CYNTHIA A. FITZGERALD-HEPP, and KENNETH C. PHILO II,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 2:14-cv-04230-RK |

**O R D E R**

　　　　AND NOW, this _____ day of _____, 2014, upon consideration of Plaintiff's Motion to Enforce Rights Under Section 1508 of the Pennsylvania Business Corporation Law, it is hereby ORDERED that said Motion is GRANTED.  Defendant Refrigeration Service and Engineering, Inc. shall make available for inspection by Plaintiff and his counsel all documents demanded in Items 1-13 of Plaintiff's Demand Letter of June 13, 2014 (attached as Exhibit A to said Motion), within ten days of the date of this Order.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert F. Kelly, J.