IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SPINA, in his individual capacity and derivatively, | : : | CIVIL ACTION |
| Plaintiff, | : | NO. 2:14-cv-04230-RK |
| vs. | : | |
| REFRIGERATION SERVICE AND ENGINEERING, INC., et al. | : : | Electronically filed |
| Defendants. | : | Assigned to: |
| | : | The Hon. Robert F. Kelly |
| | : | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this date a true and correct copy of the foregoing Plaintiff's Motion to Enforce Rights Under Section 1508 of the Pennsylvania Business Corporation Law and accompanying Memorandum of Law in support thereof were served via the Court's ECF system upon the following:

Gary M. Samms, Esq.
Obermayer Rebmann Maxwell & Hippell LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
E-mail: gary.samms@obermayer.com

Michael D. LiPuma, Esq.
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
E-mail: mlipuma@lipumalaw.com

Neal A. Jacobs, Esq.
Richard E. Miller, Esq.
Jacobs Law Group P.C.
2005 Market Street, Suite 1120
Philadelphia, PA 19103
E-mail: njacobs@jacobslawpc.com
       rmiller@jacobslawpc.com

LAW OFFICES OF HENRY IAN PASS

By: */s/ Henry I. Pass*
    Henry I. Pass, PA Atty. I.D. #21437
    Richard G. Tuttle, PA Atty. I.D. #28685
    3 Bala Plaza East, Suite 700A
    Bala Cynwyd, PA 19004
    (610) 660-8001 / (610) 660-8004 (fax)
    E-mail: hip@hipesq.com
        rtuttle@hipesq.com

Dated: July 30, 2014        *Attorneys for Plaintiff Thomas Spina*