IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Spina,<br><br>          Plaintiff,<br><br>   v.<br><br>Refrigeration Service and Engineering, Inc., et al.,<br><br>          Defendants. | No. 14-cv-04230-RK |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of Plaintiff's Motion to Enforce Rights Under Section 1508 Of The Pennsylvania Business Corporation Law ("Motion"), all papers submitted in support thereof and in opposition thereto, and for good cause shown, it is hereby ORDERED that the Motion is DENIED.

                                              BY THE COURT:


                                              _____
                                              Hon. Robert F. Kelly
                                              U.S.D.J.