IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SPINA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-4230 |
| REFRIGERATION, SERVICE AND ENGINEERING, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 17th day of September, 2014, upon consideration of Plaintiff, Thomas Spina's ("Plaintiff"), "Motion for Judicial Supervision of Dissolution, or, in the Alternative, Appointment of a Receiver or Custodian" (Doc. No. 6), and Defendants, Refrigeration Service and Engineering, Inc., Robert E. Hepp, Cynthia Fitzgerald-Hepp, and Kenneth Philo's, Response in Opposition, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

1