IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SPINA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-4230 |
| REFRIGERATION, SERVICE AND ENGINEERING, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 7th day of October, 2014, upon consideration of Plaintiff, Thomas Spina's ("Plaintiff"), "Motion to Enforce Business Rights Under Section 1508 of the Pennsylvania Business Corporation Law" (Doc. No. 13), and Defendant, Refrigeration Service and Engineering, Inc.'s, Response in Opposition, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE