IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SPINA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-4230 |
| REFRIGERATION, SERVICE AND ENGINEERING, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 22nd day of December, 2014, upon consideration of Defendant Refrigeration, Service and Engineering's ("Defendant"), Motion to Dismiss for Failure to State a Claim (Doc. No. 19), Plaintiff, Thomas Spina's ("Plaintiff"), Response in Opposition, and Defendant's Reply thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**, and Counts I and II are **DISMISSED**. It is **FURTHER ORDERED** that Plaintiff's remaining state law claims are **REMANDED** to the Court of Common Pleas for Montgomery County, Pennsylvania.

BY THE COURT:

*/s/ Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE